

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00091-CR

Brandon Edward **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9600
Honorable Frank J. Castro, Judge Presiding

# O R D E R

By order dated June 15, 2018, these appeals were abated, and the trial court was ordered to appoint new appellate counsel. On July 9, 2018, supplemental clerks records were filed in the appeals containing the trial court's order appointing new appellate counsel. On July 10, 2018, the appeals were reinstated on the docket of this court, and appellant's brief was ordered to be filed no later than August 9, 2018.

On August 14, 2018, appellant's newly appointed appellate counsel, Mr. Michael Raign, filed a motion for extension of time to file appellant's brief. This court granted the motion extending the deadline to file the brief to September 10, 2018. The brief has not been filed.

Mr. Raign is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Mr. Raign fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court